## Commonwealth *v.* Hall, Appellant.

Argued June 11, 1970. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and CERCONE, JJ.

*Jules N. Mazis,* for appellant.

*James D. Crawford,* Deputy District Attorney, with him *Deborah E. Glass,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, September 18, 1970:
Judgment of sentence affirmed.

---

DISSENTING OPINION BY HOFFMAN, J.:
This appeal raises a question identical in all relevant respects with the appeal in *Commonwealth v. Mills,* 217 Pa. Superior Ct. 269, 269 A. 2d 322 (1970). For the reasons stated in my dissenting opinion in that case, I would vacate judgment of sentence and discharge appellant.